### McCRORY CO v HENLEY

Ohio Appeals, 7th Dist, Columbiana Co
Decided April 10, 1930

For full opinion see 37 Oh Ap 461 (Oh Bar 4-7-31).